SOPHIE MERGEL, ADMINISTRATRIX, *ETC.*, PLAINTIFF-PETITIONER, v. COLGATE-PALMOLIVE-PEET CO., DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 41 *N. J. Super.* 372.

*Mr. Robert C. Gruhin* and *Mr. Morris Edelstein* for the petitioner.

*Messrs. Shaw, Pindar, McElroy & Connell* for the respondent.